UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,  :

      -against-  :
          :                    11 Cr. 681 (VB)

John C. Hicks  :
         Defendant.
                                    :
------------------------------------------------------x

<u>Briccetti, J</u>

### ORDER ACCEPTING PLEA ALLOCUTION

    The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable George A. Yanthis, United States Magistrate Judge, dated 8/10/11, is approved and accepted.

    The Clerk of the Court is directed to enter the plea.

SO ORDERED.

Dated: White Plains, New York
       September 22, 2011

                                              _____
                                              Vincent Briccetti
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/11